RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  9/8/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:10-cr-00035 |
| VERSUS | JUDGE HAIK |
| JAMES A. BARRAGAN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that James A. Barragan's motion to suppress (a) the evidence seized during the search of 148 Emerite Drive on June 3, 2009, and (b) any and all statements given by Barragan following his arrest is **DENIED**.

Lafayette, Louisiana, this 8 day of September, 2010.

Richard T. Haik
United States District Judge